UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABDULLAH F. BILAL | ) |
| Plaintiff, | ) Case No. 04-2507-JLR-JPD |
| v. | ) |
| | ) ORDER GRANTING CONTINUANCE |
| JOSEPH LEHMAN et al., | ) |
| Defendant. | ) |

Plaintiff is proceeding *pro se* and *in forma pauperis* in this 42 U.S.C. § 1983 civil rights action. On June 27, 2005, plaintiff filed a motion to continue the deadline for discovery in this case by 120 days. Dkt. No. 17. Plaintiff argues that he was recently transferred to several different prisons and that his legal materials were only recently forwarded to his current prison. *Id*. Further, plaintiff argues that he needs more time to acclimate to the new prison system and to help his attorney prepare for a pending probable cause hearing in a state court case. *Id.* Defendant does not object to the continuance, but argues that 120 days is excessive and requests that any continuance be for a shorter period of time. Dkt. No. 18. Having reviewed the parties' pleadings and the record, the Court ORDERS as follows:

(1) Plaintiff's motion to continue the deadline for discovery, Dkt. No. 17, is GRANTED. The pretrial schedule for this matter shall be amended as follows:

All discovery shall be completed no later than **October 7, 2005**.

ORDER
PAGE -1

Dispositive motions shall be filed no later than **November 7, 2005.** The Court will amend the deadline for the joint pretrial statement if and when it becomes necessary to do so.

(2) The Clerk is directed to provide plaintiff, counsel for defendant, and the Honorable James Robart with a copy of this Order.

DATED this 18th day of July, 2005.

*James P. Donohue*
_____
JAMES P. DONOHUE
United States Magistrate Judge

ORDER
PAGE -2