UNITED STATES DISTRICT JUDGE JAMES L. ROBART
MAGISTRATE JUDGE JAMES P. DONOHUE

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| ABDULLAH BILAL,<br><br>              Plaintiff,<br><br>   v.<br><br>JOSEPH LEHMAN,<br><br>             Defendant. | NO. C04-2507JLR-JPD<br><br>ORDER GRANTING MOTION TO WITHDRAW MOTION FOR SUMMARY JUDGMENT |

    The Court, having reviewed the record and Defendants' Motion to Withdraw Motion for Summary Judgment; does hereby find and **ORDER**:

    1.    Defendants Motion is **GRANTED** and Defendants' Motion for Summary Judgment is hereby stricken from the Court's calendar.

    3.    The Clerk of the Court is instructed to send uncertified copies of this Order to the Plaintiff and counsel for the Defendants.

    DATED this 21st day of November, 2005.

/s/ JAMES P. DONOHUE
United States Magistrate Judge

Presented By:
ROB MCKENNA
Attorney General

/s/ BRIAN G. MAXEY, WSBA #33279
Assistant Attorney General