# UNITED STATES DISTRICT COURT
# for the WESTERN DISTRICT of WASHINGTON

| | |
|---|---|
| ABDULLAH F. BILAL, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JOSEPH LEHMAN, et al., ) <br> ) <br> Defendant. ) | **C04-2507 JLR** <br><br> **MINUTE ORDER** |

The following Minute Order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

A Status Conference has been scheduled for this matter on:

*Tuesday, January 31, 2006, at 10:00am*

The Conference will be conducted by telephone with chambers placing the call.

Dated this 10th day of January , 2006

/S/ PETER H. VOELKER
  Deputy Clerk

**MINUTE ORDER**