# UNITED STATES DISTRICT COURT
# for the WESTERN DISTRICT of WASHINGTON

ABDULLAH F. BILAL,  )
          Plaintiff,  )
    vs.  )
       )  **C04-2507 JLR**
JOSEPH LEHMAN, et al,  )
          Defendant.  )  **MINUTE ORDER**

The following Minute Order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

Pursuant to the phone conference held this date, counsel will adhere to the following schedule

Motion to Amend Complaint, to be filed by . . . . . . . . . . . . . . . . . . . . . . . . February 17, 2006
Response to be filed by . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . March 3, 2006
Reply (if any) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . March 9, 2006

The motion to amend is to be noted on the Court's calendar for March 10, 2006; the Court hereby schedules Oral Argument on the Motion to Amend for Tuesday, March 14, 2006 at 11:00am. The Court may strike the hearing after review of the motion and response.

Counsel are to complete discovery by May 12, 2006. Any dispositive motions are to be filed by May 25, 2006, with a noting date of June 16, 2006. Responses are to be filed pursuant to local rule.

Discovery and dispositive motions dates may be adjusted if the Motion to Amend is granted.

**MINUTE ORDER**   C04-2507 JLR

Dated this 31st day of January  , 2006

/S/ PETER H. VOELKER
 Deputy Clerk

**MINUTE ORDER**   C04-2507 JLR