# UNITED STATES DISTRICT COURT
# for the WESTERN DISTRICT of WASHINGTON

| | |
|---|---|
| ABDULLAH F. BILAL,            )<br>                              )<br>          Plaintiff,   )<br>                              )<br>     vs.                      )<br>                              )<br>JOSEPH LEHMAN, et al.,        )<br>                              )<br>          Defendant.  )  | **C04-2507 JLR**<br><br>**MINUTE ORDER** |

The following Minute Order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

Pending dates enumerated in the January 31, 2006, minute order regarding discovery and dispositive motions are hereby Stricken.

After all parties have been served with the summons and amended complaint, and all counsel have appeared on behalf of the parties amended into the complaint, the Court will set a Status Conference, by telephone, to reset deadlines.

Dated this 22nd day of March , 2006

/S/ PETER H. VOELKER
Deputy Clerk

**MINUTE ORDER**