1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

# UNITED STATES DISTRICT COURT
## for the WESTERN DISTRICT of WASHINGTON

ABDULLAH BILAL,                    )
                                   )
                  Plaintiff,       )
                                   )
        vs.                        )          **C04-2507 JLR**
                                   )
JOSEPH LEHMAN, et al.,             )
                                   )
                  Defendant.       )          **MINUTE ORDER**

The following Minute Order is made at the direction of the Court, the Honorable

James P. Donohue, United States Magistrate Judge:


The Amended Complaint having been served, and counsel for all parties having appeared,

the Court hereby sets a Scheduling Conference for *Tuesday, April 4, 2006 at 10:00am.*  The

conference will be conducted by telephone; chambers will place the conference call.


Dated this 28th day of March , 2006


**/S/ PETER H. VOELKER**
 Deputy Clerk

**MINUTE ORDER**