UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABDULLAH F. BILAL, | ) |
| Plaintiff, | ) Case No. 04-2507-JLR-JPD |
| v. | ) |
| JOSEPH LEHMAN et al., | ) ORDER DENYING DEFENDANT'S MOTION FOR LEAVE TO SUPPORT SUMMARY JUDGMENT MOTION WITH AFFIDAVITS |
| Defendant. | ) |

On April 4, 2006, the Court conducted a scheduling conference with the parties at which it directed that discovery be held in abeyance until defendants had an opportunity to answer and file motions to dismiss. Those motions were due no later than May 19, 2006. Dkt. No. 53. The Special Commitment Center ("SCC") defendants filed an answer, together with the present motion for leave to support a summary judgment motion with affidavits. Dkt. No. 55. Having carefully reviewed the motion, plaintiff's opposition, and the record, the Court ORDERS as follows:

(1)   Defendants' motion to support a summary judgment motion with affidavits, (Dkt. No. 55), is DENIED. Granting defendant's motion would be inconsistent with the Court's April 4, 2006, scheduling order. In that order, the Court directed that discovery be

held in abeyance, despite plaintiff's request for a brief discovery period, because defendants stated that they would file a motion to dismiss.[1] Hence, the purpose of the order was to avoid duplicative motions to dismiss and facilitate the efficient resolution of this case. The SCC defendants' present motion to file a summary judgment motion ignores the Court's order and thwarts its purpose. It is therefore denied.

(2) Further, the Court orders that the current pretrial schedule be STRICKEN and that a limited discovery period be GRANTED. All discovery in this matter shall be concluded no later than August 1, 2006. Following the conclusion of discovery, the parties shall have until August 7, 2006, to file dispositive motions. The Department of Corrections defendants' motion to dismiss, (Dkt. No. 56), shall remain noted for June 16, 2006. **A showing of good cause shall be required to modify this schedule**.

(3) The Court DENIES plaintiff's request for attorneys fees. Dkt. No. 57, n.3.

(4) The Clerk is directed to send copies of this order to the parties and to the Honorable James L. Robart.

DATED this 6th day of June, 2006.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

---

[1] The Court notes that the Department of Corrections defendants have not joined in this motion and have, instead, filed a motion to dismiss that is currently noted for June 16, 2006. Dkt. No. 56.

ORDER DENYING DEFENDANT'S MOTION FOR
LEAVE TO SUPPORT SUMMARY JUDGMENT
MOTION WITH AFFIDAVITS
PAGE -2