UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| ABDULLAH BILAL, | ) | CASE NO. C04-2507-JLR-JPD |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER GRANTING STIPULATED |
| JOSEPH LEHMAN, et al., | ) | MOTION FOR EXTENSION OF TIME |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter comes before the Court upon the parties' stipulated motion to extend the dispositive motion deadline. Dkt. No. 68. The parties request a two-week extension of time in order to complete discovery and prepare dispositive motions. Having carefully considered the parties' motion and balance of the record, the Court ORDERS as follows:

(1)     The parties' stipulated motion to extend the dispositive motion deadline (Dkt. No. 68) is GRANTED. The parties shall have until August 21, 2006, to file dispositive motions.

(2)     The Clerk is directed to send a copy of this Order to the parties and to the Honorable James L. Robart.

DATED this 2nd day of August, 2006.

s/ James P. Donohue_____
United States Magistrate Judge

ORDER GRANTING STIPULATED
MOTION FOR EXTENSION OF TIME
PAGE 1